UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

SEAN JONES,

Defendant.

**ORDER**

26 Cr. 372 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for November 3, 2026, at 10:00 a.m., is adjourned to **November 2, 2026, at 11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 22, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge